**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF PUERTO RICO

Case number (*if known*): _____  Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | SOL AND ROK, LLC. |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 66-1009965 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> 26 VISTAS DEL YUNQUE MAR <br> Rio Grande, PR 00745 <br> Number, Street, City, State & ZIP Code <br><br> Rio Grande <br> County | **Mailing address, if different from principal place of business** <br><br> 51 HUTCHING STREET, UNIT 2 <br> DORCHESTER <br> Boston, MA 02121 <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> 25 AND 26 VISTAS DEL YUNQUE MAR Rio Grande, PR 00745 <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor __SOL AND ROK, LLC.__  Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5311__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. Check **all** that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☑ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☑ No
- ☐ Yes.

Debtor __SOL AND ROK, LLC._____ Case number (*if known*)_____
     Name

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>      Contact name _____<br>      Phone _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☑ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000<br>☐ 50-99      ☐ 5001-10,000      ☐ 50,001-100,000<br>☐ 100-199      ☐ 10,001-25,000      ☐ More than100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000      ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion<br>☑ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000      ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion<br>☑ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |

| Debtor | SOL AND ROK, LLC. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  January 31, 2024
MM / DD / YYYY

**X** /s/ SOLMON M. CHOWDHURY                 SOLMON M. CHOWDHURY
Signature of authorized representative of debtor    Printed name

Title  PRESIDENT

**18. Signature of attorney**

**X** /s/ JUAN M. SUAREZ-COBO                 Date  January 31, 2024
Signature of attorney for debtor                    MM / DD / YYYY

JUAN M. SUAREZ-COBO 211010
Printed name

Legal Partners, PSC
Firm name

Urb. Crown Hills
138 Winston Churchill Ave., PMB 316
San Juan, PR 00926-6013
Number, Street, City, State & ZIP Code

Contact phone  787-791-1818    Email address  suarezcobo@gmail.com

211010 PR
Bar number and State

| | | |
|---|---|---|
| CRIM<br>P.O. BOX 195387<br>SAN JUAN PR 00919 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN PR 00902 | ENDEAVOR CAPITAL PR LLC<br>350 MENDEZ VIGO ROAD<br>DORADO PR 00646 |
| ENDEAVOR CAPITAL PR LLC<br>1500 PONCE DE LEON AVE.<br>SAN JUAN PR 00926 | LUIS G. PARRILLA HERNANDEZ, ESQ.<br>FERRAIUOLI LLC<br>PO BOX 195168<br>SAN JUAN PR 00919-5168 | ROKEYA BEGUM<br>51 HUTCHINGS STREET, UNIT 2<br>DORCHESTER<br>BOSTON MA 02121 |
| SOLMON M. CHOWDHURY<br>PO BOX 190886<br>ROXBURY<br>BOSTON MA 02119 | SOLMON M. CHOWDHURY<br>51 HUTCHINGS STREET, UNIT 2<br>DORCHESTER<br>BOSTON MA 02121 | |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** <br> **SOL & ROK, LLC** <br><br> **DEBTOR** | **CASE NO.** <br><br> **CHAPTER 11** |

## DECLARATION UNDER PENALTY OF PERJURY

I, **Solmon M. Chowdhury**, of legal age, married, resident of Massachusetts, business person, in sound and clear state of mind, declare under the pains and penalties of perjury:

1. That my personal circumstances are as above stated.

2. That I am the president and manager for Sol & Rok, LLC, the above captioned debtor.

3. That Sol & Rok, LLC, has not ever prepared a balance sheet, statements of operations and/or cash flow statements, and no Federal income tax return has been filed.

4. That I provide this declaration pursuant and in compliance with 11 U.S.C. §1116(1)(B):

> (1) append to the voluntary petition or, in an involuntary case, file not later than 7 days after the date of the order for relief-
>
>> (A) its most recent balance sheet, statement of operations, cash-flow statement, and Federal income tax return; or
>>
>> (B) a statement made under penalty of perjury that no balance sheet, statement of operations, or cash-flow statement has been prepared and no Federal tax return has been filed;

5. That this declaration is given under penalty of perjury, and that the foregoing is true and correct to the best of my knowledge.

Given, this 31st day of January of 2024.

*[signature]*

_____
**Solmon M. Chowdhury**

1

**SOL AND ROK, LLC**
**CORPORATE RESOLUTION**

I, **Solmon M. Chowdhury**, the undersigned president of **Sol and Rok, LLC**, a corporation organized and existing under the laws of the Commonwealth of Puerto Rico, under corporate registry number 487232, (the "Corporation"), **DO HEREBY CERTIFY** that on the meeting of the Board of Directors of the corporation and for which quorum existed, having taken place said meeting on January 29, 2024, it was agreed and unanimously consented the following resolution, and that the same are in full force and effects as of the date hereof:

**RESOLVED,** that the Corporation is hereby authorized to file a Voluntary Bankruptcy Petition under Chapter 11 and that the President, Solmon M. Chowdhury is hereby authorized to sign, on behalf of the Corporation any petition, form, or other document(s) necessary or required in connection with the Chapter 11 Bankruptcy Petition to be filed before the U. S. Bankruptcy Court for the District of Puerto Rico.

**RESOLVED**, the Corporation is hereby authorized to retain the services of **Legal Partners, PSC and/or Juan Manuel Suárez Cobo, Esq.**, to act as counsel for the Corporation with respect to said Chapter 11 Bankruptcy Petition.

**I FURTHER CERTIFY** that the foregoing resolutions have not been subsequently amended, modified, altered, or repealed and are in full force and effect as of the date hereof.

**IN WITNESS WHEREOF**, I hereby set affirm, this January 29, 2024

By:_____

Solmon M. Chowdhury
President